IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

RECEIVED

JUN 13 2018

Clerk, U.S. Courts
District of Montana
Missoula Division

MISSOULA DIVISION

Kenneth Lynn Swartos

Case no. CV18-108-M-DLC-JCL

Plaintiff,

COMPLAINT

(Pro Se Non-Prisoner)

U.S. Attorney's office, Missoula

Jury trial demanded: No

Defendants

Pro Se Non-Prisoner Complaint Form

Plaintiff's Last Name, Swartos

I. Parties to this Complaint

A. Plaintiff

Kenneth Lynn Swartos

1110 W. Broadway

Missoula, Missoula County

Montana, 59802

406-241-8132

klmfs2009@gmail.com

B. Defendant

U.S. Attorney's office, Missoula

105 E. Pine St.

Missoula, Missoula County

Montana 59802

406-542-8851, or 866-291-3836

Pro Se Non-Prisoner Complaint Form

Plaintiff's Last Name, Swartos

II. Basis for Jurisdiction

Defendant is: U.S. Attorney's office, Missoula

III. Venue

A considerable portion of the events occurred in Missoula wherein I now reside.

IV. Statement of Claim(s)

A. Count I:

1. The Fifth Amendments due process guarantee, subsequently the Eighth Amendment's prohibition of cruel and unusual punishment and the First Amendment's right to "petition the government for a redress of grievances" have been rendered dead letters.

2. This spurious investigation was initiated in the late 1980s, since 8/12/2011 I have been emailing letters from Missoula Montana to government officers (and the media) in protest. They have been ignored.

Pro Se Non-Prisoner Complaint Form

Plaintiff's Last Name, Swartos

3. Fact: The potential for harm to my family because of this "investigation" has necessitated breaking off all communication with them. Fact: I have been writing and sending letters since 2009 to, including but not limited to the President of the United States Barack Obama and former Attorney General Robert Mueller. Fact: Notwithstanding some of the letters provocative nature federal agents have avoided confronting me for decades.

4. Defendants involved:

The U.S. Attorney's office in Missoula has allowed the so called investigation to continue.

V. Injuries

I have been deprived of my family's society, for one.

VI. Relief

Assist me in documenting the facts from government records by subpoena and oath.

Pro Se Non-Prisoner Complaint Form

Plaintiff's Last Name, Swartos

VII. Plaintiff's Declaration

I have read this section

Executed at _Federal Courthouse, Missoula_ on _6·13_ , 2018.

Signature of Plaintiff: _____

Printed Name of Plaintiff: _Kenneth Lynn Swartos_

Pro Se Non-Prisoner Complaint Form

Plaintiff's Last Name, Swartos

Page 5 of 5