IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH LYNN SWARTOS, | CV 18-108-M-DLC-JCL |
| Plaintiff, | ORDER |
| vs. | |
| U.S. ATTORNEY'S OFFICE, | |
| Defendant. | |

On September 11, 2018, the undersigned issued Findings and Recommendations, recommending that the motion to dismiss filed by Defendant United States Attorney's Office be granted. (Doc. 13). Plaintiff filed Objections to the Findings and Recommendations later that day. (Doc. 14). The parties subsequently consented to the exercise of jurisdiction by a United States Magistrate Judge. (Doc. 16). Because the undersigned's Findings and Recommendations and Plaintiff's objections were filed before the parties' consent was entered, this matter will go forward in accordance with 28 U.S.C. § 636(b)(1)

1

and the Findings and Recommendations will be ruled on by Chief United States District Judge Dana L. Christensen.

DATED this 2nd day of October, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge