UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH LYNN SWARTOS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. ATTORNEY'S OFFICE,<br><br>Defendant. | Case No. CV-18-108-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this matter is DISMISSED.

Dated this 30th day of October, 2018.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk